**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DONY JOEL DONGMO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2494-G** |
| | ) | |
| **FRED FIGUEROA et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Now before the Court is pro se Petitioner Dony Joel Dongmo's Motion (Doc. No. 5), requesting that the Court withdraw the petition and dismiss this habeas corpus action.

Because no opposing party has served either an answer or a motion for summary judgment, the Court construes Petitioner's Motion as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Deutsch v. Gallegos*, 98 F. App'x 723, 724-25 (10th Cir. 2004); Fed. R. Civ. P. 41(a)(1)(A)(i), 81(a)(4).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice effective September 16, 2026.

IT IS SO ORDERED this 10th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge